# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JETHRO HEIKO AND CHELSEA THOMPSON-HEIKO AND EDWARD VERRALL, | : No. 657 EAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| Petitioners | : the Order of the Commonwealth Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| PHILADELPHIA ZONING BOARD OF ADJUSTMENT AND CORE EQUITY II, L.P., | : |
| | : |
| | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.